UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 JUL -1 PM 12:28

'08 MJ 2011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>Jamie Joseph DISTEFANO<br>Defendant | ) | Magistrate's Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 USC, Sec. 841(a)(1) - Possession With Intent To Distribute Marijuana and Methamphetamine; Title 18 USC, Sec 922 (g) - Felon in Possession of a Firearm; |

The undersigned complainant being duly sworn states:

Count One: On or about June 30th, 2008, within the Southern District of California, defendant Jamie Joseph DISTEFANO did knowingly and intentionally possess, with intent to distribute, approximately 12 pounds of Marijuana, a Schedule I Controlled Substance; and approximately 18 grams of Methamphetamine, a Schedule II Controlled Substance; all in violation of Title 21 USC, Section 841(a)(1).

Count Two: On or about June 30th, 2008, within the Southern District of California, defendant and previously convicted felon Jamie Joseph DISTEFANO did knowingly and intentionally possess four firearms in violation of Title 18 USC, Section 922 (g).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

J. Allan Karas
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, 7/1/08, 2008.

United States Magistrate Judge

PROBABLE CAUSE STATEMENT

I, DEA Special Agent J. Allan Karas, declare under penalty of perjury, the following is true and correct:

On June 30, 2008, I received a Federal Search warrant for previously convicted felon Jamie Joseph DISTEFANO's residence at 8875 Troy Street, Spring Valley, California and his Ford pickup truck.

At approximately 1630 hours, I observed DISTEFANO drive away from his residence in his Ford pickup. I detained DISTEFANO after he parked at a local gas station, pending execution of the Federal Search warrant at his residence. I then executed the search warrant for both his residence and vehicle.

Inside the residence, I found a knapsack in DISTEFANO's office. Inside and on top of the knapsack I found 3 large "bricks" and 3 plastic baggies containing marijuana, with an approximate weight of 12 pounds. Also inside the knapsack was a plastic baggie containing numerous plastic packaging baggies. On a table next to the knapsack, I found a loaded .357 handgun and a notebook which, based on my training and experience, contained "pay and owe" sheets documenting the sales of controlled substances. Inside DISTEFANO's office was an operable surveillance monitor for video cameras which I found on the outside of the residence. Inside DISTEFANO's bedroom next to his bed, I seized a loaded 12 gauge shotgun. I seized 2 additional guns from the bedroom/closet area. Inside of DISTEFANO's garage, I found an operable marijuana grow containing 17-21 marijuana plants. Inside a container discovered on DISTEFANO's person was approximately 18 grams of methamphetamine.

Based on my training and experience in conjunction with my review of the amount of controlled substances and sales indicia seized, I believe the amount of marijuana and methamphetamine seized is consistent with amounts possessed for sale/distribution. I also believe that based on DISETFANO's criminal history and the weapons discovered inside his residence, DISTEFANO is in violation of 18 USC 922 (g) – Felon in Possession of a Firearm.

Executed on **July 01, 2008.**

J. Allan Karas
Special Agent, DEA

On the basis of the facts presented in this probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offenses on June 30, 2008, in violation of Title 21 U.S.C. §841(a)(1); and in violation of Title 18 U.S.C. 922 (g) .

United States Magistrate Judge

7/1/08 at 12:05 PM
Date/Time